IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SERENA HALSELL, | ) | CIVIL NO.  05-00814 DAE-KSC |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION THAT CASE |
| vs. | ) | BE DISMISSED |
| | ) | |
| WELLS FARGO FINANCIAL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Scheduling Conference was set for June 16, 2006.  Plaintiff Serena Halsell ("Plaintiff") failed to appear at the Rule 16 Scheduling Conference.  As a result, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to appear at the Rule 16 Scheduling Conference, failure to file a Rule 16 Scheduling Conference Statement, and failure to serve the Complaint.  The Court's Order to Show Cause directed Plaintiffs to appear before the Court on July 28, 2006, to show cause, if there be any, why sanctions should not be imposed for

Plaintiff's failure to prosecute this case.  On July 28, 2006, Plaintiff again failed to appear.

A district court must weigh five factors to determine whether to dismiss a case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions.  <u>Bautista v. Los Angeles County</u>, 216 F. 3d 837, 841 (9th Cir. 2000).

Balancing the five factors in this case, the Court finds that dismissal of the Complaint without prejudice to be an appropriate sanction in this case.

Consequently, the Court  FINDS and RECOMMENDS that this action be DISMISSED WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, September 21, 2006.



Kevin S.C. Chang
United States Magistrate Judge